IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DAVID DAVIS and SUSAN DAVIS,

          Plaintiffs,       Civ. No. 12-166-CL

**TEMPORARY RESTRAINING ORDER**

   v.

BAC HOME LOANS SERVICING LP
and RECONTRUST COMPANY, N.A.,

          Defendants.

---

**PANNER, J.**

Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on February 6, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Specifically, plaintiffs allege defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); Hooker v. Northwest Trustee Services, Inc., 2011 WL 2119103, *3 (D. Or. May 25) (citing Burgett v. MERS, 2010

1 - ORDER

WL 4282105, at *2 (D. Or. Oct. 20) and In re McCoy, 2011 WL
477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiffs allege MERS
is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and
because the presence of MERS demonstrates a high probability that
defendants did not comply with the recording requirements of the
Oregon Trust Deed Act, I grant plaintiff's request for a
temporary restraining order (#3).

Defendants, and their officers, agents, etc..., and other
persons in active concert or participation with defendants, who
receive actual notice of this order, are restrained from
conducting a foreclosure sale for the following property: 624 S.
Ivy Street, Medford, Oregon, from this day until February 17,
2012, at 5:00 p.m. This court will hold a hearing on whether to
issue a preliminary injunction at 10:00 a.m. on February 17,
2012, in Medford.

IT IS SO ORDERED.

DATED this __3__ day of February, 2012 at _10:00_.m.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2  - ORDER